UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff(s),

    v.

FERRARI COLOR, INC., et.al.,

        Defendants,
_____/

NO. 2:08- CV-0807 FCD/KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the plaintiff, in the above action, the court has determined that this case has settled with the last remaining defendant.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 10, 2008. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: June 20, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE