UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

   v.

FERRARI COLOR, INC., et al.,

        Defendants.
_____/

NO. CIV. S-08-0807 FCD/KJM

<u>ORDER TO SHOW CAUSE</u>

----oo0oo----

    On June 20, 2008, plaintiff, Scott N. Johnson notified this court that the above matter had settled.  On June 20, 2008, the court issued an Order for Dispositional Documents which required the parties to file said documents no later than July 10, 2008. On July 17, 2008, and August 20, 2008, emails were sent to appearing counsel, Mr. Scott N. Johnson, from the Courtroom Deputy Clerk, inquiring as to the status of the dispositional documents.  Mr. Johnson responded by saying that he was waiting for defense counsel.

1  As of today's date no dispositional documents have been filed.
2      The court considers counsel's failure to comply with its
3  June 20, 2008 order a very serious violation.
4      The court, therefore, makes the following order:
5      1.   Mr. Johnson is ordered to show cause why he should not
6  be sanctioned in the amount of $150.00 each for failing to comply
7  with the court's June 20, 2008 order.
8      2.   Counsel shall file his response to the Order to Show
9  Cause on or before September 19, 2008.
10     3.   A hearing on the order to show cause is set for
11 October 3, 2008, at 10:00 A.M.
12     IT IS SO ORDERED.
13 DATED: August 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE